FILED
Nov 21  2 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTINE TURCOTTE
   Plaintiff

V.

SKIN MEDICINE AND SURGERY
CENTERS, INC.
   Defendant

Civil Action No.

3:02-CV-01931 (MRK)

NOVEMBER 21, 2003

## THE DEFENDANT, SKIN MEDICINE & SURGERY CENTER'S MOTION FOR LEAVE TO AMEND ANSWER

The defendant, Skin Medicine & Surgery Center, moves pursuant to Federal Rules of Civil Procedure §15(a) to Amend the Answer under date of November 8, 2002 to add affirmative defenses as set forth in the attached Amended Answer and Affirmative Defenses.

The defendant's grounds for this motion arise from the testimony of the plaintiff elicited during her discovery deposition. The amendment of the

Faulkner & Boyce, P.C.
216 Broad Street • P.O. Box 391 • New London, CT 06320 • Tel: (860) 442-9900 • Fax: (860) 443-6428 • JURIS #103027

defendant's Answer will promote the just disposition of the case, will not cause undue delay and will not prejudice the rights of any party.

THE DEFENDANT

BY *Thomas W Boyce Jr*
Thomas W. Boyce, Jr., ct05639
Faulkner & Boyce, P.C.
P.O. Box 391
New London, CT 06320
(860) 442-9900

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on November 21, 2003 to all counsel and pro se parties of record as follows:

Satti & Satti, PC
225 State Street, Suite 200
New London, CT 06320

*Thomas W Boyce Jr*
Thomas W. Boyce, Jr.
of Faulkner & Boyce, P.C.

Faulkner & Boyce, P.C.
216 Broad Street • P.O. Box 391 • New London, CT 06320 • Tel: (860) 442-9900 • Fax: (860) 443-6428 • JURIS #103027