UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHRISTINE TURCOTTE** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV01931(RNC) |
| v. | : | |
| | : | |
| **SKIN MEDICINE AND SURGERY** | : | |
| **CENTERS, INC.** | : | NOVEMBER 21, 2003 |
| | : | |
| Defendant. | : | |

## MOTION FOR EXTENSION OF TIME

Now comes the Plaintiff, Christine Turcotte, ("Plaintiff Turcotte"), pursuant to Local Rule of Civil Procedure 9(b), files the instant Motion For Extension of Time, for an additional sixty (60) days, up to and including February 1, 2004 to complete discovery. In support hereof Plaintiff Turcotte represents as follows:

1. Pursuant to the Case Management Plan dated January 16, 2003 discovery is to be completed by December 1, 2003.

2. Written discovery was propounded by the Plaintiff's counsel in May 2003 and responded to by the Defendant on July 3, 2003. However, due to medical issues of the Plaintiff which including surgery in June, 2003, the parties were unable to immediately commence depositions in this matter.

3. Further, Plaintiff's counsel was on trial in a Complex Litigation matter in

Norwich for the majority of the summer of 2003 and during this period of time was unable to conduct any discovery.

      4. In September, the parties were able to complete the Plaintiff's deposition but due to scheduling issues on other files, Plaintiff's counsel has not been able to complete the depositions of other witnesses in this matter.

      5. One of the depositions that the Plaintiff intends to take is of Dr. Daoud, the Defendant's former Director of Dermatopathology and the individual whom the Plaintiff contends sexually harassed her. While Dr. Daoud is not a defendant herein, he is a defendant in the similar case entitled <u>Christine Turcotte v. Skin Medicine & Surgery Center, Inc</u>. et al, CV 02-0563141S which is pending in the Superior Court where he is represented by Attorney Chuck Norris. However, Dr. Daoud no longer works for the Defendant and now resides out of state and arrangements will need to be made to take his deposition.

      6. Given the similarity of the state and federal court proceedings, the depositions to be conducted will be used in both proceedings and the Plaintiff has sent a request to Defendant's counsel and to Dr. Daoud's counsel in the state court proceeding seeking to determine their availability for the taking of depositions in the month of December. <u>See</u> Letter dated November 21, 2003 to Attorney Thomas Boyce and Attorney Chuck Norris attached hereto

as Exhibit A.

      7. However, the Plaintiff anticipates that given the upcoming holiday season it may be difficult to complete discovery during the month of December and for this reason as well as the above reasons seeks until February 1, 2003 to complete discovery.

      8  Plaintiff Turcotte's counsel has not sought any prior enlargement of time to extend the discovery deadline.

      9. Defendant's counsel does not object to this request.

WHEREFORE, the Plaintiff, Christine Turcotte, respectfully requests an extension of time up to and including February 1, 2004, to complete discovery.

                                    THE PLAINTIFF,
                                    CHRISTINE TURCOTTE

                    By: _____
                      Michael E. Satti (Ct. 01311)
                      Holly Quackenbush Darin (Ct 10183)
                      Satti & Satti
                       225 State Street
                       Suite 200
                       New London, CT  06320
                      (860) 447-8975
                     -Her Attorneys-

**CERTIFICATION**

  The undersigned hereby certifies that the foregoing was sent by mail, first class, postage prepaid, this 21st day of November 2003 to all counsel of record as listed below:

Thomas Boyce
Faulkner & Boyce, P.C.
216 Broad Street
New London, CT 06320

_____
Holly Quackenbush Darin

4