November 21, 2003

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>
Thomas W. Boyce, Jr.
Faulkner & Boyce, PC
216 Broad Street
New London, CT 06320

Chuck Norris
Chinigo Leone Maruzo & Basilica, LLP
141 Broadway
P.O. Box 510
Norwich, CT  06360

RE: <u>Christine Turcotte v. Skin Medicine & Surgery Centers, Inc.</u>
 (3:02-CV-01931(RNC))
 <u>Christine Turcotte v. Skin Medicine & Surgery Centers, Inc.</u>, <u>et al</u>
 CV 02-0563414S

Dear Counsel:

 Please be advised that our office would like to schedule depositions during the months of December on the above referenced matters.  Specifically, we would like to schedule depositions of Priscilla Wild, John Pelletier, Debra Iafrati, and Dr. Mazen Daoud.  It is anticipated that Ms. Wild and John Pelletier could be completed on the same day and Debra Iafrati and Dr. Daoud on another.

 Further, in response to Attorney Boyce's request, our office contacted Maryanne Lohrey on September 19, 2003 in an attempt to determine dates she was available for the taking of her deposition, but to date have not yet been able to arrange any such dates.

 Thus, our suggestion is to set aside at least three days for the above depositions. The dates that our office is available are: December 1st through December 5th, December 8, December 9, December 16th, 17th or 18th, December 22, December 23, December 29

Letter to Opposing Counsel
November 21, 2003
Page Two

or December 30.  However, given the fact that next week is a holiday week and most of the individuals above will need to be subpoenaed it may make more sense to schedule the deposition for December 5th or thereafter.

    Please contact our office upon receipt of this letter to advise us as to your availability.

                              Sincerely,

                              Holly Quackenbush Darin

HQD/rmv