UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday December 9, 2003
10:15 a.m.

CASE NO. **3:02cv1931 MRK**   <u>Turcotte v Skin Med & Surgery Ctr, Inc</u>

Thomas W. Boyce Jr.
Faulkner & Boyce, P.C.
216 Broad St., PO Box 391
New London, CT 06320


Michael Richard Brandt
Ryan & Ryan
105 Court Street
Suite 303
New Haven, CT 06511


Holly Quackenbush Darin
Satti & Satti
225 State St.
Suite 200
New London, CT 06320


STATUS CONFERENCE HELD

DATE: 12/9/03

30 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK