UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE TURCOTTE, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1931(MRK) |
| | : | |
| SKIN MEDICINE AND SURGERY CENTERS, INC. | : | |
| | : | |
| Defendant. | : | |

## ENDORSEMENT ORDER [DOC. # 23]

The Defendant, Skin Medicine & Surgery Center's Motion for Leave to Amend Answer [doc. #23] is GRANTED.

IT IS SO ORDERED

/s/     Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: December 9, 2003.