FILED

Feb 11  1:56 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE TURCOTTE | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 3:02CV01931(MRK) |
| | : |
| SKIN MEDICINE AND SURGERY CENTERS, INC. | : FEBRUARY 3, 2004 |
| | : |
| Defendant. | : |

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The Plaintiff and Defendant through their undersigned counsel, pursuant to Local Rule 7(b) hereby move for an extension of time for the completion of depositions of fact witnesses from March 30, 2004 until May 7, 2004. The Plaintiff and Defendant also request an extension of time from May 3, 2004 to June 4, 2004 for the filing of dispositive motions. As good cause for this request, the Plaintiff represents as follows:

1. On January 16, 2004 Plaintiff's counsel was advised that he has a ruptured cervical disc which will require a spinal fusion and removal of the disc.

**NO ORAL ARGUMENT REQUESTED**

2. On January 28, 2004, after obtaining a second opinion, Plaintiff's counsel scheduled surgery for February 9, 2004 and was advised by his neurosurgeon that he will be prohibited from driving for one (1) month and will be required to wear a hard neck collar during that time. He will be required to wear a soft neck collar for two (2) weeks thereafter.

3. On January 30, 2004, Plaintiff's counsel contacted Thomas Boyce, counsel for the defendant, Skin Medicine and Surgery Centers, Inc., who stated that he consents to the requested extensions of time in light of the undersigned surgery and post surgery recuperation.

4. The parties had previously tentatively scheduled the deposition of a social worker who has treated with Plaintiff as a third party witness, for February 6, 2004 but that deposition has to be rescheduled.

For the foregoing reasons, the Parties respectfully request:

    1. Discovery: All discovery relating to fact or expert witnesses be completed by May 7, 2004;

    2. Expert Discovery: Plaintiff's Expert Reports will be served by February 10, 2004. Defendant's expert report will be served by April 1, 2004

    3. Any dispositive motions be filed by June 4, 2004;

2

4. Trial Memorandum: If no dispositive motions are filed the Parties' Joint Trial Memorandum is due on July 9, 2004; and

5. Status Conference: A telephonic Status Conference will be held on a date and time to be set by the court approximately three (3) weeks after completion of all discovery on May 7, 2004. The parties will file a Joint Status Report with the Clerk's office one week prior to the Status Conference date.

|  |  |
|---|---|
| THE PLAINTIFF,<br>CHRISTINE TURCOTTE<br><br>By: *[signature]*<br>Michael E. Satti<br>Holly Quackenbush Darin<br>Satti & Satti, P.C.<br>225 State Street, Suite 200<br>New London, CT 06320<br>(860) 447-8975<br>Juris No. 418059<br>-Her Attorneys- | THE DEFENDANT,<br>SKIN MEDICINE & SURGERY<br>CENTERS, INC.<br><br>By: *[signature]*<br>Thomas Boyce<br>Faulkner & Boyce, P.C.<br>216 Broad Street<br>P.O. Box 391<br>New London, CT 06320<br>(860) 442-9900<br>Juris No. 103027<br>-Its Attorneys- |

## CERTIFICATION

The undersigned hereby certifies that the foregoing has been sent via facsimile and mailed first class postage prepaid, this 3rd day of February 2004 to all counsel as listed below:

Thomas Boyce
Faulkner & Boyce, P.C.
216 Broad Street
P.O. Box 391
New London, CT 06320

Michael E. Satti

4