UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Turcotte

V.                                     Case Number:  3:02cv1931 MRK

Skin Med & Surgery

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>May 26, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 25, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, May 26, 2004.


                              KEVIN F. ROWE, CLERK

                              By:  *Kenneth R. Ghilardi*
                                   Kenneth R. Ghilardi
                                   Deputy Clerk