UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 17  1 47 PM '04
U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTINE TURCOTTE | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:02CV01931(MRK) |
| v. | : |
| SKIN MEDICINE AND SURGERY CENTERS, INC. | : MAY 17, 2004 |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that they above-captioned action be dismissed with no award of attorneys' fees or costs to either party.

THE PLAINTIFF,
CHRISTINE TURCOTTE

By: _____
Michael E. Satti
Holly Quackenbush Darin
Satti & Satti, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
Juris No. 418059
-Her Attorneys-

THE DEFENDANT,
SKIN MEDICINE & SURGERY
CENTERS, INC.

By: _____
Thomas Boyce
Faulkner & Boyce, P.C.
216 Broad Street
P.O. Box 391
New London, CT  06320
(860) 442-9900
Juris No. 103027
-Its Attorneys-

## CERTIFICATION

The undersigned hereby certifies that the foregoing has been sent via facsimile and mailed first class postage prepaid, this ___th day of _____, 2004 to all counsel as listed below:

Michael E. Satti
Holly Quackenbush Darin
Satti & Satti, P.C.
225 State Street, Suite 200
New London, CT  06320

*[signature]*
Thomas W. Boyce, Jr.

2